**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mark Strittmatter,                                     Case No. 22-CV-0026 (SRN/TNL)

           Plaintiff,

                                          **ORDER**

   v.

Life Insurance Company of North America,

           Defendant.

---

Annie Surbaugh and Zachary Schmoll, Fields Law Firm, 9999 Wayzata Blvd #100, Minnetonka, MN 55305 for Plaintiff.

Daniel Keenan Ryan, Hinshaw & Culbertson LLP, 151 N. Franklin Street, Suite 2500, Chicago, IL 60606 and Margaret Ann Santos and Margarita Gokhberg, Hinshaw & Culbertson LLP, 250 Nicollet Mall, Suite 1150, Minneapolis, MN 55401 for Defendant.

---

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: January 6, 2023

                                    s/Susan Richard Nelson
                                    SUSAN RICHARD NELSON
                                    United States District Judge